**UNSEALED**
**PER ARREST**

9 | 14 | 09

**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
**FILED**

AUG 2 6 2009

**Clerk of Court**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER: |
| | § | **SEALED** |
| | § | |
| JONATHAN JORDAN LOWE, | § | **H-09-  499** |
| Defendant | § | |
| | § | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

On or about May 14, 2009, in the Houston Division of the Southern District of Texas, the

defendant,

**JONATHAN JORDAN LOWE,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did

knowingly possess in and affecting commerce a firearm, namely, a Llama, .45 caliber pistol, which

had been transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1) and Section 924(a)(2).

A True Bill:

ORIGINAL SIGNATURE ON FILE

Grand Jury Foreperson

TIM JOHNSON
United States Attorney,

By: _____
Sherri L. Zack
Assistant United States Attorney
713-567-9374