USA-74-24B  
(Rev. 05/01)

HOUSTON DIVISION

USAO Number: 2009R14632  
Magistrate Number:

CRIMINAL DOCKET  H-09- 499  
No.

**Sealed**  
Public and unofficial staff access to this instrument are prohibited by court order.

United States Courts  
Southern District of Texas  
**FILED**  
AUG 2 6 2009  
Filed **Clerk of Court**

Judge: Harmon

CRIMINAL INDICTMENT

UNITED STATES of AMERICA  
VS.

JONATHAN JORDAN LOWE

ATTORNEYS:  
TIM JOHNSON, USA  (713) 567-9000  
SHERRI L. ZACK, AUSA  (713) 567-9374

**UNSEALED PER ARREST**  
9/14/09

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE:  
(TOTAL)  
(COUNTS:)  
( 1 )

Count 1: Possession of a Firearm by a Convicted Felon [18 USC §§ 922(g)(1) and 924(a)(2)]

PENALTY: Count 1: Up to 10 yrs and/or $250,000 fine; 3 yrs SRT; $100 SA

☐ In Jail  
☑ On Bond  
☐ No Arrest

NAME & ADDRESS  
of Surety:

PROCEEDINGS: