UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | CRIMINAL NO: |
| v. | § | SEALED H-09- 499 |
| JONATHAN JORDAN LOWE | § | |

UNSEALED PER ARREST
9/14/09

## ORDER FOR ISSUANCE OF BENCH WARRANT

A CRIMINAL INDICTMENT has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

JONATHAN JORDAN LOWE

☑ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on August 26, 2009.

UNITED STATES MAGISTRATE JUDGE