PROB 12A
(07/06)

# UNITED STATES DISTRICT COURT
# for the
# SOUTHERN DISTRICT OF TEXAS

## Report on Offender Under Supervision - No Court Action Required

| | |
|---|---|
| Name of Offender: | Jonathan Jordan Lowe   Case Number: 4:09CR00499-001 |
| Name of Sentencing Judge: | The Honorable Melinda Harmon |
| Date of Original Sentence: | March 12, 2010 |
| Original Offense: | Possession of a Firearm by a Convicted Felon, in violation with 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| Original Sentence: | 46 months imprisonment; 3 years supervised release; $2,000 fine; and a $100 special assessment. Special Conditions: Substance Abuse Treatment and Vocational Training |
| Type of Supervision: | Supervised Release   Supervision Started: January 30, 2013 |

## EARLIER COURT ACTION

None

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **THE OFFENDER SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME (MANDATORY CONDITION):** On or about April 24, 2013, in Harris County, Texas, Jonathan Jordan Lowe committed the offense of Fraudulent use of Identifying Information, in violation of Texas Penal Code 32.51, a state jail felony. On April 26, 2013, Mr. Lowe appeared in the 338th Judicial District Court, Harris County, Texas, Cause Number 1385374, and the case was dismissed due to insufficient evidence. |
| 2 | **THE OFFENDER SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME (MANDATORY CONDITION):** On or about April 24, 2013, in Harris County, Texas, Jonathan Jordan Lowe committed the offense of Forgery - Commercial Instrument, in violation of Texas Penal Code 32.21, a state jail felony. On April 26, 2013, Mr. Lowe appeared in the 338th Judicial District Court, Harris County, Texas, Cause Number 1385367, and the case was dismissed due to insufficient evidence. |

**Details:** On April 24, 2013, a Houston, Texas, police officer initiated a traffic stop due to the vehicle not having a visible front license plate. The officer made contact with the driver and the offender who was in the passenger seat. The officer ran a criminal records check on both individuals and the offender was arrested for an outstanding warrant. The warrant was issued in October 6, 2009, for a failure to appear and was prior to commencement of supervision. The driver did not have any felony convictions, but was arrested for driving without a valid drivers license.

The officers found a large amount of checks with names of several different individuals, none of which belonged to the occupants of the vehicle. The officer also found credit cards, debit cards and a social security card all in names not matching the occupants. The offender was arrested and taken into custody.

### U.S. Probation Officer Action:

On January 30, 2013, the offender's supervision commenced in the Southern District of Texas. The offender has been able to maintain a stable residence and full-time employment. The offender was referred to a substance abuse treatment program and continues to participate in the out-patient treatment program. The offender paid his special assessment in full and is one month behind on his fine payment. The offender missed making a payment in February, but made a payment of $100 in March.

As a controlling intervention, the offender reported to the probation office for a noncompliance meeting.

As a correctional intervention, the offender was re-instructed on his conditions of supervision and encouraged to avoid all negative peers and situations.

It is recommended that the Court take no adverse action and allow Mr. Lowe the opportunity to continue participating in treatment. The probation officer will continue to monitor his compliance with regular contact with the treatment provider. It is respectfully requested the Court reserve the right to reconsider this violation.

Approved:                                             Respectfully submitted:

                                                by

_____                             _____
Carlso M. Solis, Jr., Supervising                     Reginald C. Hollins
U.S. Probation Officer                                U.S. Probation Officer
                                                      May 6, 2013

Name of Offender: Jonathan Jordan Lowe
Case Number: 4:09CR00499-001
Page Number: 3

[✔] Court Concurs with Recommended Action

[ ] Submit a Request for Modifying the Condition(s) or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other:


_____
Melinda Harmon
U. S. District Judge

May 13, 2013
_____
Date